BRYAN SCHRODER
United States Attorney

ALLISON O'LEARY
WILLIAM TAYLOR
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: allison.oleary@usdoj.gov
william.taylor@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:20-cr-00005-SLG-DMS |
| Plaintiff, | ) |
| | ) COUNT 1: |
| vs. | ) DISTRIBUTION OF A CONTROLLED |
| | ) SUBSTANCE |
| DAVID GARCIA JOHNSON, | ) Vio. of 21 U.S.C. §§ 841(a)(1), |
| | ) (b)(1)(B) |
| Defendant. | ) |
| | ) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about January 23, 2019, within the District of Alaska, the defendant, DAVID GARCIA JOHNSON, did knowingly distribute a controlled substance, to wit: 100 grams or more of a mixture and substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

A TRUE BILL.

                                                  s/ Grand Jury Foresperson
                                                  GRAND JURY FOREPERSON

s/ James Klugman for
ALLISON M. O'LEARY
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE: 01/21/2020